# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**RHONDA MOLEN,**  CASE NO.  3:12-cv-286

    Plaintiff,  **Judge Timothy S. Black**

    -vs-

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ'S Non-Disability Finding is **FOUND SUPPORT BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: July 1, 2013  **JOHN P. HEHMAN, CLERK**

    By: _s/ M. Rogers_
    Deputy Clerk